SD/GA 12B
(9/03)

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -3 P 2: 56

CLERK
S. DIST. OF GA.

# United States District Court

for

### Southern District of Georgia
### Brunswick Division

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: <u>Charlie Orlando Lopez</u>    Docket Number: <u>CR299-00025-001</u>

Name of Sentencing Judicial Officer: <u>Honorable Anthony A. Alaimo</u>

Date of Original Sentence: <u>October 12, 1999</u>

Original Offense: <u>Escape</u>

Original Sentence: <u>Six (6) months imprisonment, followed by three (3) years of supervised release. Special conditions include: drug testing and treatment if warranted by the US Probation Officer, 250 hours of community service to be completed within the first 18 months of supervised release.</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>November 5, 2003</u>

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows: You are to perform 25 hours of community service from May 2005 to August 2005, as directed by your U.S. Probation Officer.

### CAUSE

1. **Failure to complete Community Service:** As of May 1, 2005, the defendant has failed to complete his required 250 community service hours which were ordered to be completed within the first 18 months of supervision. This is a violation of the Special Condition which requires the completion of 250 hours of community service hours, as set forth in the Judgment.

   To date, Lopez has completed approximately 180 hours of community service. This modification will allow the offender to complete the remaining hours within the next three months. Failure to do so may result in violation proceedings.

Offender: **Charlie Orlando Lopez**
Docket: **CR299-00025-001**
Date Prepared: **May 17, 2005**

Respectfully submitted,

*[signature]*

Julio A. Dominguez
U.S. Probation Officer
Date: May 17, 2005

Approved,

*[signature]*

Marvin L. Tyson, Supervising
U.S. Probation Officer

Offender: **Charlie Orlando Lopez**
Docket: **CR299-00025-001**
Date Prepared: **May 17, 2005**

## THE COURT ORDERS

☑ The Extension and/or Modification of Supervision as Noted Above.

☐ No Action

☐ Other

_____
Signature of Judicial Officer

6-3-05
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -3 P 2 56

UNITED STATES OF AMERICA,

CASE NO. CR201-0004(E-001

v.

LAWRENCE DAVID PINKOFF,

    Defendant.

_____/

## ORDER ON PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE COUNTRY

This Cause having come before this Court on *Defendant, Lawrence David Pinkoff's Motion to Permit Travel Outside the United States*, and the Court being otherwise duly advise, it is hereby ordered as follows:

1. The Defendant hereby has the permission from this Court to travel outside the country to Ireland, the United Kingdom, Italy, and Portugal for the purposes of a family vacation from June 23, 2005 through August 3, 2005.

2. The Defendant shall provide his United States Probation Officer, Anthony Gagliardi, with his itinerary prior to his departure.

3. The Defendant shall report to his USPO within twenty-four (24) hours of his return to the United States.

DONE AND ORDERED on this ___3rd___ day of June, 2005.

                                                    _____
                                                  UNITED STATES DISTRICT COURT JUDGE

cc:  Philip J. Lyons, USPO
      Anthony Gagliardi, USPO
      Bernard M. Cassidy, Esq.
      Joseph D. Newman, AUSA

PROB 49
(3/90)


FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -3 P 2:51

CLERK _____
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall perform __25__ hours of community service from May-August 2005 as directed by your United States Probation Officer.

**RECEIVED**

MAY 1 2 2005

U.S. PROBATION OFFICE
ORLANDO, FL 32801

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

_5-10-05_
Date